IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HUNG NGUYEN,**<br><br>    Petitioner,<br><br>    v.<br><br>**PATRICK EATON, Warden,**<br><br>    Respondent. | Case No. 22-cv-02656 BLF (PR)<br><br>**ORDER** |

GOOD CAUSE being shown, the Court hereby grants respondent's request for an enlargement of time to and including **January 31, 2023**, in which to file a response to the petition for writ of habeas corpus. If respondent files an answer, petitioner shall file a traverse within **30 days** of his receipt of the answer. If respondent files a motion to dismiss, petitioner shall file an opposition or statement of non-opposition within **28 days** of his receipt of the motion, and respondent shall file a reply within **14 days** of his receipt of any opposition.

**IT IS SO ORDERED**.

Dated:  ___December 5, 2022_____              _____
                                                                                    The Honorable Beth Labson Freeman
                                                                                    United States District Judge