UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HUNG NGUYEN,

        Petitioner,

v.

PATRICK EATON, Warden,

        Respondent.

Case No. 22-cv-02656 BLF (PR)

**JUDGMENT**

    For the reasons stated in the order granting Respondent's motion to dismiss, this case is **DISMISSED** with prejudice. Judgment is entered accordingly.

    The Clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: August 16, 2023

_____
BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.22\02656Nguyen_judgment